PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jared Tristan Dullum        Cr.: 06-00676-001
       PACTS #: 46648

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: November 14, 2007

Original Offense: Mail Fraud and Bank Fraud

Original Sentence: 28 months imprisonment; 3 years supervised release; $29,253.76 restitution; $40,000 fine; $200 special assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: 01/22/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to satisfy his fine and restitution obligation prior to termination of supervision. |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the United States Clerk's Office. The Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office have been informed of expiration of supervision and the outstanding financial balance.

Respectfully submitted,
Maureen Kelly
By: Jamel H. Dorsey
     U.S. Probation Officer
Date: 01/02/2013

*The Court orders that the Probation Office:*

[X] Allow supervision to expire as scheduled
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Jan. 7, 2013